UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN CHINICCI,

          Plaintiff,

-against-

UNITED STATES POSTAL SERVICE
INSPECTION; POST MASTER
GENERAL JOHN E. POTTER,

          Defendants.
-------------------------------------------------------------X

JUDGMENT
04-CV-1447 (SJ)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 25 2005 ★
P.M. _____
TIME A.M. _____

An Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on May 23, 2005, dismissing plaintiff's complaint; and directing the Clerk of Court to enter a final judgment of dismissal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's complaint is dismissed; and that a final judgment of dismissal is hereby entered.

Dated: Brooklyn, New York
       May 24, 2005

                                          ROBERT C. HEINEMANN
                                          Clerk of Court